[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 27, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14729

_____

D. C. Docket No. 05-01144-CV-1-JEC
BKCY No. 98-60390-MHM


IN RE: PARAGON TRADE BRANDS,INC.,

                                                                              Debtor.

_____

WEYERHAEUSER COMPANY,

                                                                              Plaintiff-Appellee,

                                          versus

RANDALL LAMBERT,

                                                                              Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 27, 2008)**

Before CARNES and MARCUS, Circuit Judges, and BUCKLEW,[*] District Judge.

PER CURIAM:

After reviewing the record and briefs in this case, and having the benefit of oral argument, we affirm the judgment of the district court based on its comprehensive and well-reasoned order and opinion of September 26, 2007.

AFFIRMED.

---

[*] Honorable Susan C. Bucklew, United States District Judge for the Middle District of Florida, sitting by designation.